NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SDI TECHNOLOGIES, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 105

---

On Petition for Writ of Mandamus to the United States District Court for the District of Massachusetts in case no. 09-CV-11439, Judge William G. Young.

---

## ON PETITION

---

## O R D E R

SDI Technologies, Inc. submits a petition for a writ of mandamus to direct the United States District Court for the District of Massachusetts to stay proceedings pending reexamination.

Upon consideration thereof,

IT IS ORDERED THAT:

Bose Corp. is directed to respond no later than October 27, 2011.

FOR THE COURT

OCT 13 2011                        /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk


cc:  Matthew B. Lowrie, Esq.
     Mark J. Herbert, Esq.
     Matthew J. Himich, Esq.
     Dale A. Malone, Esq.
     Clerk, United States District Court for the District of
Massachusetts

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 13 2011

JAN HORBALY
CLERK